| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| TOWNSEND, TOWNSEND & CREW, LLP<br>ATTORNEYS AT LAW<br>TWO EMBARCADERO CENTER, 8TH FLOOR<br>SAN FRANCISCO, CA 94111 | (415) 576-0200 | |
| ATTORNEY FOR (NAME): LEVI STRAUSS & CO. | REFERENCE NUMBER<br>0V238490-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CENTRAL DIST.-WEST
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

SHORT NAME OF CASE
LEVI STRAUSS & CO. vs. LIPS JEANS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C074268JWPVT |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:** LIPS JEANS
**Person Served:** FABIOLA RODRIGUEZ
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 08/27/07
**Time of Delivery:**

**Place of Service:** 724 1ST STREET, STE 300
LOS ANGELES, CA 90012    (Business)

**Date of Mailing:** 08/29/07
**Place of Mailing:** VENTURA

**Physical Description:**
AGE: 34   HAIR: BLACK   HEIGHT: 5'5"   RACE: H
SEX: F    EYES:         WEIGHT: 170LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☐ Federal Rules of Civil Procedure
☒ California Code of Civil Procedure

**Fee for service:** $ 109.93

JUDICIAL COUNSEL FORM, RULE #982 (A)(23)

[X] Registered: LOS ANGELES County.
Number: 4571

Attorney's Diversified Services
ATTORNEY'S DIVERSIFIED SERVICES
Fax (805) 658-6336 client file # LEVI STRAUSS V LIPS JEANS
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: 09/13/07
at: Ventura, California.

Signature: 
Name: CARLOS CANAS
Title: REGISTERED CA PROCESS SERVER

LIST OF DOCUMENTS
CASE#: C074268JWPVT CASE NAME: LEVI STRAUSS & CO. V. LIPS JEANS

- SUMMONS
- CIVIL COVER SHEET
- COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND UNFAIR COMPETITION (INJUNCTIVE RELIEF SOUGHT)
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; FORM STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; FORM ORDER RE PRETRIAL PREPARATION; FORM STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; FORM STANDING ORDER FOR DISCOVERY PRACTICE IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TURNBULL FOR DISCOVERY
- CERTIFICATION OF INTERESTED PARTIES
- ECF REGISTRATION INFORMATION HANDOUT
- UNITED STATES DISTRICT COURT GUIDELINES
- NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; FORM NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; FORM WAIVER OF SERVICES OF SUMMONS
- ADR HANDBOOK: DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

V238490