UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIS STRAUSS AND CO, | No. C 07-04268 JW |
|         Plaintiff(s), | |
|    v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| LIPS JEANS, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for December 31, 2007 at 10:00 AM, has been reset to **January 14, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference by January 4, 2008.

Dated: November 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:       /s/
       Elizabeth Garcia
       Courtroom Deputy