TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
HOLLY GAUDREAU (Bar # 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>              Plaintiff,<br><br>       v.<br><br>LIPS JEANS,<br><br>           Defendant. | Case No. C 07-4268 JW<br><br>**PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**CMC DATE:**  **Jan. 14, 2008**<br>**CMC TIME:**    **10:00 a.m.** |

By order dated November 20, 2007, this Court continued the Initial Case Management Conference in this action to January 14, 2008.  Plaintiff Levi Strauss & Co. ("LS&CO.") hereby requests that the Conference be further continued for an additional four weeks, until February 11, 2008.

LS&CO. has had initial settlement discussions with a representative of Lips Jeans, which is not represented by counsel.  LS&CO. believes that this dispute can be resolved without the need for litigation, but additional time is required to finalize the terms of a settlement.  LS&CO. believes that rather than devoting time and resources to preparing for and attending the Initial Case Management Conference, the parties and the Court would be better served by continuing the Conference in order to allow the parties to pursue and hopefully conclude an informal resolution.

1    Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference be

2  continued to February 11, 2008.

3

4                                  Respectfully submitted,

5  Date:  January 10, 2008              TOWNSEND AND TOWNSEND AND CREW LLP

6

7                                  By:  /s/ Gia L. Cincone                        
                                       GIA L. CINCONE

8                                  Attorneys for Plaintiff
                                   LEVI STRAUSS & CO.

9

10

11

12                        **[PROPOSED] ORDER**

13    GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss &

14  Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case

15  Management Conference is hereby scheduled for February 11, 2008, at 10:00 a.m.

16

17

18  DATED: _____        _____
                                      Hon. James Ware

19

20

21

22

23

24

25

26

27

28

Pl.'s Request to Continue CMC              - 2 -              Levi Strauss & Co. v. Lips Jeans
                                                             Case No. 07-4268 JW