1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   HOLLY GAUDREAU (Bar # 209114)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California  94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12  LEVI STRAUSS & CO.,                    Case No. C 07-4268 JW

13              Plaintiff,                 **PLAINTIFF LEVI STRAUSS & CO.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**
14        v.

15  LIPS JEANS,                            **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
16              Defendant.

17

18

19      By order dated November 20, 2007, this Court continued the Initial Case Management

20  Conference in this action to January 14, 2008.  Plaintiff Levi Strauss & Co. ("LS&CO.") hereby

21  requests that the Conference be further continued for an additional four weeks, until February 11,

22  2008.

23      LS&CO. has had initial settlement discussions with a representative of Lips Jeans, which is not

24  represented by counsel.  LS&CO. believes that this dispute can be resolved without the need for

25  litigation, but additional time is required to finalize the terms of a settlement.  LS&CO. believes that

26  rather than devoting time and resources to preparing for and attending the Initial Case Management

27  Conference, the parties and the Court would be better served by continuing the Conference in order to

28  allow the parties to pursue and hopefully conclude an informal resolution.

1    Accordingly, LS&CO. respectfully requests that the Initial Case Management Conference be
2    continued to February 11, 2008.

Respectfully submitted,

Date:  January 10, 2008                TOWNSEND AND TOWNSEND AND CREW LLP

By:  /s/ Gia L. Cincone
      GIA L. CINCONE

Attorneys for Plaintiff
LEVI STRAUSS & CO.

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that plaintiff Levi Strauss & Co.'s request to continue the Initial Case Management Conference is granted.  The Initial Case Management Conference is hereby scheduled for **February 25, 2008 at 10 a.m.**

On or before **February 15, 2008**, Plaintiff shall file a Case Management Conference Statement updating the Court on the status of the settlement efforts.  The conference will be vacated if a Stipulated Dismissal is filed on or before February 25, 2008.  **This is the final continuance**.

Dated:  January 10, 2008

_____
JAMES WARE
United States District Judge